# UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

In re: Victory Medical Center Craig Ranch, LP   §   Case No. 15-42379
§
§   Lead Case No. 15-42373
§
Debtor(s)   §   ☒ Jointly Administered

## Post-confirmation Report

Chapter 11

Quarter Ending Date: 09/30/2022                    Petition Date: 06/12/2015

Plan Confirmed Date: 04/11/2016                    Plan Effective Date: 05/11/2016

This Post-confirmation Report relates to:  ○ Reorganized Debtor

⦿ Other Authorized Party or Entity: Victory Medical Center Craig Ranch Unsec

Name of Authorized Party or Entity

/s/ Lynda L. Lankford                              Lynda L. Lankford
Signature of Responsible Party                     Printed Name of Responsible Party

09/30/2022                                         ForsheyProstok
Date                                               777 Main Street, Suite 1550
                                                   Fort Worth, Texas 76102
                                                   Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Victory Medical Center Craig Ranch, LP                                  Case No. 15-42379

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $0 | $981,029 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $0 | $981,029 |

## Part 2: Preconfirmation Professional Fees and Expenses

|  |  |  |  | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Paid by Victory Parent | | $0 | $0 | $0 | $0 |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |

UST Form 11-PCR (12/01/2021)                                                        2

| Debtor's Name | Victory Medical Center Craig Ranch, LP | | | | Case No. | 15-42379 |
|---|---|---|---|---|---|---|
| | xxx | | | | | |
| | xxxi | | | | | |
| | xxxii | | | | | |
| | xxxiii | | | | | |
| | xxxiv | | | | | |
| | xxxv | | | | | |
| | xxxvi | | | | | |
| | xxxvii | | | | | |
| | xxxvii | | | | | |
| | xxxix | | | | | |
| | xl | | | | | |
| | xli | | | | | |
| | xlii | | | | | |
| | xliii | | | | | |
| | xliv | | | | | |
| | xlv | | | | | |
| | xlvi | | | | | |
| | xlvii | | | | | |
| | xlviii | | | | | |
| | xlix | | | | | |
| | l | | | | | |
| | li | | | | | |
| | lii | | | | | |
| | liii | | | | | |
| | liv | | | | | |
| | lv | | | | | |
| | lvi | | | | | |
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |

Debtor's Name Victory Medical Center Craig Ranch, LP    Case No. 15-42379

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Paid by Victory Parent | | $0 | $0 | $0 | $0 |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |

UST Form 11-PCR (12/01/2021)    4

Debtor's Name Victory Medical Center Craig Ranch, LP    Case No. 15-42379

| | | | | | | |
|---|---|---|---|---|---|---|
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |

| Debtor's Name | Victory Medical Center Craig Ranch, LP | | | Case No. | 15-42379 |

| | | | | | | |
|---|---|---|---|---|---|---|
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvii | | | | | | |
| lxxxviii | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |

Debtor's Name Victory Medical Center Craig Ranch, LP                                    Case No. 15-42379

| | | | | | | |
|---|---|---|---|---|---|---|
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $0 | $0 | $0 |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $440,000 | $0 | $253,753 | $253,753 | 100% |
| b. Secured claims | $1,109,000 | $0 | $487,579 | $1,753,107 | 28% |
| c. Priority claims | $82,000 | $0 | $29,123 | $115,343 | 25% |
| d. General unsecured claims | $27,296,000 | $0 | $0 | $2,258,831 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report?                                                                                    Yes ○    No ●

    If yes, give date Final Decree was entered:  _____

    If no, give date when the application for Final Decree is anticipated:  _____

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ●    No ○

Debtor's Name Victory Medical Center Craig Ranch, LP　　　　　　　　　　　　　　Case No. 15-42379

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

/s/ Neil Gilmour III　　　　　　　　　　　　　　　　　Neil Gilmour III
Signature of Responsible Party　　　　　　　　　　　　Printed Name of Responsible Party

Trustee　　　　　　　　　　　　　　　　　　　　　　11/15/2022
Title　　　　　　　　　　　　　　　　　　　　　　　Date

Debtor's Name Victory Medical Center Craig Ranch, LP                                      Case No. 15-42379



Page 1

Other Page 1

Page 2 Minus Tables

Bankruptcy Table 1-50

Debtor's Name Victory Medical Center Craig Ranch, LP                                     Case No. 15-42379



Bankruptcy Table 51-100

Non-Bankruptcy Table 1-50

Non-Bankruptcy Table 51-100

Part 3, Part 4, Last Page

**Victory Trusts**

**3rd Quarter, 2022**

**Notes to Post Confirmation Report:**

    A.  Introduction:

This report is being filed for one of six post confirmation trusts created pursuant to the confirmed reorganization plan ("the Plan") for eleven jointly administered bankruptcy cases for which Victory Medical Center Mid-Cities, LP is the lead case.

The six trusts are:

    Grantor Trust of Victory Parent Company, LLC ("Parent")

    Grantor Trust of Victory Medical Center Craig Ranch, L.P. ("Craig Ranch")

    Grantor Trust of Victory Medical Center Landmark, L.P.  ("Landmark")

    Grantor Trust of Victory Medical Center Mid-Cities, L.P.  ("Mid-Cities")

    Grantor Trust of Victory Medical Center Southcross, L.P. ("Southcross")

    Grantor Trust of Victory Medical Center Plano, L.P.  ("Plano")

With the exception of Parent, each trust is reporting for two debtors, the LP, which operated the now liquidated or sold hospital, and a shell LLC which held the general partner interests in the LP.  The LLC has no assets other than its interest in the LP.  The Plan provided for the consolidation of the liabilities and equity interests of the related LP and LLC into a trust.  The LLCs have had no cash and make no disbursements.  Thus, Post Confirmation Reports ("PCRs") are being filed combining the two debtors, as they have been since the Plan's effective date on May 11, 2016.

    B.  Motion for Final Decree:

A Motion for Final Decree and Post-Confirmation Report was filed for all debtors on August 29, 2022.  A Certificate of No Objection was filed on October 14, 2022 and the Final Decree was entered on October 18, 2022.

The Final Decree provides:

> "This Order constitutes a final decree closing the above-captioned Chapter 11 Cases, which shall be effective on the date that the Trustee files a notice that the Final Distribution has been made, the Trusts' final tax returns have been filed, and all final Trust expenses have been paid (the "Closing Date"). At such time, the Clerk of the Court shall close the Chapter 11 Cases. No further hearing or order of the Court shall be necessary to effectuate the closing of the Chapter 11 Cases."

The final tax returns have been filed and the Trustee expects that final Trust expenses and the related notice will be completed prior to December 31, 2022.

    C. Preconfirmation Professional Fees and Expenses:

Professional fees, both bankruptcy and non-bankruptcy were incurred jointly for all eleven debtors and paid by Parent. All bankruptcy professional fees and expenses were paid as approved in orders of the Bankruptcy Court dated between April and June 2016. The fees were paid using advances on the HPRH Exit Financing facility.

    D. Recoveries of the Holders of Claims and Interests under Confirmed Plan:

The Trusts will not be making distributions on pre-petition claims in connection with the closing of the bankruptcy cases.

Total Anticipated Payments Under the Plan were taken from Bankruptcy Approved Disclosure Statement, Exhibit D Liquidation Analysis, "Illustrative Waterfall – Chapter 11 Low A/R Range" (docket 785).

If a Trust is obligated on a secured debt, the full amount of such obligation is included on line b. The Iberia Bank debt which is cross collateralized by the assets of Landmark and Southcross and for which Parent is a co-borrower, is reflected in full on the quarterly reports of each of those trusts.

Accrued interest through the date of this report is included in Allowed Claims.

The Trusts have not allowed any General Unsecured Claims other than three claims which were set forth as allowed in the Disclosure Statement. Each of the Trusts are separately responsible for 1/6th of the amounts of those allowed claims.